1046

[No. 64158-1-I.   Division One.   April 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BENITO MICHAEL
RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for What-com County, No. 09-1-00618-3, Steven J. Mura, J., entered September 15, 2009. *Reversed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Ellington and Lau, JJ.

[No. 64187-5-I.   Division One.   April 4, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW BRANCH,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-01621-2, Mary Yu, J., entered August 21, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Grosse and Becker, JJ.

[No. 64353-3-I.   Division One.   April 4, 2011.]

TERCEL CORPORATION, *Respondent*, v. DONALD A. RASMUSSEN
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for What-com County, No. 05-2-01677-5, Ira Uhrig, J., entered October 19, 2009. *Reversed* and *remanded with instructions* by unpublished opinion per Cox, J., concurred in by Lau, J.; Appelwick, J., concurring in part and dissenting in part.

[No. 64371-1-I.   Division One.   April 4, 2011.]

FRANK A. ROZZANO, *Appellant*, v. THERESA A. ROZZANO PRESTON
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Sno-homish County, No. 08-2-05863-6, Michael E. Rickert, J. Pro Tem., entered October 26, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker and Spearman, JJ.